UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHARLES A. DAVIS,

       Plaintiff,                      Civil No. 08-1336-JE

      v.                             ORDER

COMMISSIONER OF SOCIAL
SECURITY,
       Defendant.

HAGGERTY, District Judge:

      Magistrate Judge Jelderks has issued a Findings and Recommendation [27] in this action. The Magistrate Judge recommended that a judgment should be entered reversing the Commissioner's decision and remanding this case for further proceedings. No objections were filed, and the case was referred to this court.

1- ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation and this case is remanded for an award of benefits. On remand, defendant must determine the correct disability onset date.

**CONCLUSION**

The Findings and Recommendation [27] is adopted and the Commissioner's decision is reversed and remanded for an award of benefits.

IT IS SO ORDERED.

Dated this   28   day of June, 2010.

                                          /s/ Ancer L. Haggerty
                                          Ancer L. Haggerty
                                      United States District Judge