UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHARLES A. DAVIS,                                         Civil No. 08-1336-JE

    Plaintiff,                                         ORDER

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

HAGGERTY, District Judge:

    Magistrate Judge Jelderks has issued a Findings and Recommendation [36] in this action. The Magistrate Judge recommends granting plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $9,941.70. No objections were filed, and the case was referred to this court.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that

1 -- ORDER

there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. Accordingly, this court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

The Findings and Recommendation [36] is adopted and plaintiff's Application for Fees Pursuant to the Equal Access to Justice Act [31] is granted. An award of attorney fees in the amount of $9,941.70 is hereby granted to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED this  12  day of January, 2011.

                                              /s/ Ancer L. Haggerty  
                                                 Ancer L. Haggerty  
                                          United States District Judge