WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**CHARLES ALAN DAVIS,**                                              CV # 08-1336-JE

        Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security**,

        Defendant.
_____

        A supplemental award of attorney fees in the amount of $1,312.95 is hereby granted to

Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Subject to offset under the

Treasury Offset Program (if any), the check shall be sent to Tim Wilborn's address: P.O. Box 2768,

Oregon City, OR 97045.

        DATED this 12th day of April_____, 2011.


                                        /s/ John Jelderks
                                        _____
                                        United States District Magistrate Judge


Submitted by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1